74 F.3d 1225
 Jack Bona
v.
Stephen A. Wynn, Officer of Director of Golden Nugget, Inc.,
GNAC Corp., Mirage Resorts, Incorporated, Greenberg
Margolis, Agent for and/or Representative of Stephen A.
Wynn, Golden Nugget, Inc., GNAC, Corp., Mirage Resorts,
Inc., Federal Deposit Insurance Corp., Clark E. Alpert,
Steven Pasternak, Martin Greenberg, Member of Greenberg
Margolis for Stephen Wynn, Golden Nugget, Inc., Mirage
Resorts, Inc. GNAC, Corp., Federal Deposit Insurance Corp., Golden
 NO. 94-5442
 United States Court of Appeals,
Third Circuit.
 Dec 08, 1995
 
 Appeal From: D.N.J., No. 92-cv-00178,
 Sarokin, J.
 
 
 1
 AFFIRMED.